SANTIAGO PORCELLA, Appellant, *v.* EVERMONT H. NORTON, Respondent.

*Porcella* v. *Norton,* 127 App. Div. 940, affirmed.
(Argued November 18, 1909; decided December 7, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered September 4, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a

Trial Term in an action to recover money alleged to have been paid through false and fraudulent representations.

*Henry G. K. Heath* for appellant.

*Faneuil D. S. Bethune* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.